# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1475

_____

United States of America,      *
     *
        Appellee,      *
     *  Appeal from the United States
      v.      *  District Court for the
     *  Western District of Missouri.
Kevin Parham,      *
     *  [UNPUBLISHED]
        Appellant.      *

_____

Submitted: March 26, 2008
Filed: March 31, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Kevin Parham appeals the district court's[1] order committing him under 18 U.S.C. § 4245, which provides for the hospitalization of an imprisoned person suffering from a mental disease or defect, until he no longer needs treatment or his prison sentence expires, whichever occurs first. Following careful review, we conclude that the district court's section 4245 finding was not clearly erroneous given

---

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

the unanimous opinion of the mental health professionals, and Parham's reported delusions and his past aggressive behavior. <u>See</u> 18 U.S.C. § 4245(d) (determination of mental illness and treatment need, and burden of proof); <u>United States v. Bean</u>, 373 F.3d 877, 879 (8th Cir. 2004) (standard of review); <u>United States v. Eckerson</u>, 299 F.3d 913, 914-15 (8th Cir. 2002) (per curiam) (upholding commitment order based on opinion of prison hospital staff, despite inmate's denial of mental illness).

Accordingly, we affirm the judgment of the district court and grant counsel's motion to withdraw.

_____